UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LATAUSHA SIMMONS,

            Plaintiff,        Case No. 11-14936

v                                        Hon. Paul J. Komives

WAYNE COUNTY COMMUNITY
COLLEGE DISTRICT

            Defendant.

## SCHEDULING ORDER SETTING RESPONSE FILING DEADLINE

On May 14, 2012 the Court held a status conference. During the status conference the following deadline was established:

The Plaintiff shall file a response to Defendant's Motion for Judgment on the Pleadings on or before **May 29, 2012**.

SO ORDERED.

Dated: May 15, 2012                  s/Paul J. Komives
                                             PAUL J. KOMIVES
                                             U.S. MAGISTRATE JUDGE

I hereby certify that a copy of the foregoing document was mailed to the attorneys of record on this date, May 15, 2012, by electronic and/or ordinary mail.

                                                     s/Michael Williams
                                                     Relief Case Manager to the Honorable
                                                     Paul J. Komives