UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LATAUSHA SIMMONS,

       Plaintiff,                            Civil Action No. 11-CV-14936

vs.                                    HON. BERNARD A. FRIEDMAN

WAYNE COUNTY COMMUNITY
COLLEGE DISTRICT,

       Defendant.
_____/

## ORDER ACCEPTING MAGISTRATE JUDGE'S JULY 13, 2012, REPORT AND RECOMMENDATION

On July 13, 2012, Magistrate Judge Paul J. Komives issued a Report and Recommendation ("R&R") in which he recommends that the court deem plaintiff's motion for voluntary dismissal [docket entry 11] to be moot and that the court grant defendant's motion for leave to file a sur-reply brief [docket entry 19]. Neither party has objected to the R&R and the time for doing so has expired. The court agrees with the magistrate judge's analysis and recommendations. Accordingly,

IT IS ORDERED that Magistrate Judge Komives' July 13, 2012, R&R is hereby accepted and adopted as the findings and conclusions of the court.

IT IS FURTHER ORDERED that plaintiff's motion for voluntary dismissal [docket entry 11] is denied as moot.

IT IS FURTHER ORDERED that defendant's motion for leave to file a sur-reply

brief [docket entry 19] is granted.

_s/Bernard A. Friedman_____
BERNARD A. FRIEDMAN
SENIOR UNITED STATES DISTRICT JUDGE

Dated: August 9, 2012
      Detroit, Michigan