UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LATAUSHA SIMMONS,

    Plaintiff,                                         Civil Action No. 11-CV-14936

vs.                                                   HON. BERNARD A. FRIEDMAN

WAYNE COUNTY COMMUNITY
COLLEGE DISTRICT, et al.,

    Defendants.
_____/

## ORDER ACCEPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

This matter is presently before the Court on defendants' motion to dismiss [docket entry 54]. Plaintiff has filed a response brief and defendants have filed a reply. Magistrate Judge Paul J. Komives has submitted a Report and Recommendation ("R&R") in which he recommends that defendants' motion be granted. No objections to the R&R have been filed, and the objection period has expired. The Court has reviewed the amended complaint, the motion papers and the R&R. The Court is satisfied that the magistrate judge's analysis and recommendation are correct. Accordingly,

IT IS ORDERED that Magistrate Judge Komives' R&R is hereby accepted and adopted as the findings and conclusions of the Court.

IT IS FURTHER ORDERED that defendants' motion to dismiss is granted.

                                                 _s/ Bernard A. Friedman_____
Dated:  February 25, 2014               BERNARD A. FRIEDMAN
        Detroit, Michigan                  SENIOR UNITED STATES DISTRICT JUDGE